**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ERIC STOKES**                                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 2:17-CV-00050 BSM**

**DEVIN LEE, Jailer/Dispatch,
Monroe County Jail**                                                                                      **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 4] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Eric Stokes's complaint [Doc. No. 2] is dismissed without prejudice for the failure to state a claim, which constitutes a "strike" under 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be in good faith. *See id.* § 1915(a)(e).

IT IS SO ORDERED this 18th day of April 2017.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE